[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/19/10]

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



May 17, 2010

**BY FACSIMILE**
The Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:  **United States v. Ramiro Lopez-Imitola**
           **10 Civ. 3228 (RPP)**
           **S4 03 Cr. 294 (RPP)**

Dear Judge Patterson:

      The Government respectfully submits this letter to request that its response to the above referenced petition for habeas relief be due on June 30, 2010. The file is in storage at an off-site facility. I have requested that the file be sent to me but I have not yet received it.

                    Respectfully submitted,

                    PREET BHARARA
                    United States Attorney

      By:    _____
                    Marc P. Berger
                    Assistant United States Attorney
                    (212) 637-2207

cc:  Henry Eduardo Marines (by fax)
     9485 S.W. 72nd Street
     Suite A200
     Miami, FL 33173
     Tel: (305) 412-4443
     Fax: (305) 704-8217

*Application granted*
*So ordered*
*[signature] Robert P. Patterson*
*usdj.*
*5/18/10*