UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-                                                        03-CR-294 (JPO)

RAMIRO LOPEZ IMITALO,                                      ORDER
                        Defendant.

J. PAUL OETKEN, District Judge:

Defendant Ramiro Lopez-Imitalo has requested leave to file a supplemental brief and

moved the Court to hold in abeyance for 45 days his pending motion for compassionate release

under the First Step Act, 18 U.S.C. § 3582(c)(1)(a).  (ECF No. 178.)

Defendant's request is granted.  Defendant may file a supplemental brief by October 2,

2023.  The Government may file any response within 21 days after receipt of Defendant's

supplemental brief.

The Clerk is directed to mail a copy of this order to Defendant at:

Reg. No. 56005-054
FCI Oakdale II
P.O. Box 5010
Oakdale, LA 71463


SO ORDERED.

Dated: August 24, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge