IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW YORK



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 03-CR-294-JPO |
| | ) | |
| V. | ) | |
| | ) | |
| RAMIRO LOPEZ-IMITALO | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Comes now the Defendant-Movant, Ramiro Loez-Imitola, and moves the Court for a 14 day extension of times to submit his amended pleadings to the Court due on 02 October 2023.

## LAW AND ARGUMENT

The Defendant-Movant sought, as was granted, leave to submit an amended pleading to the Court in relation to his pending motion for compassionate release. He is now asking for an enlargement of 14 days to finish preparing and submit his pleading to the Court.

An enlargement of time is necessary for several reasons. One, the inmate copy machine has been inoperable for 2 weeks making it impossible to complete the necessary copies for service and submission. Second, some records the Defendant-Movant needs to provide to the Court are only en route to him, and therefore, extra time is needed to receive them as they are absolutely essential to the Court's fair consideration of his motion.

## CONCLUSION

For the reasons above the Defendant-Movant respectfully request he be

granted until 16 October 2023 to submit his pleading to the Court.

*Ramiro López Imitola*
Ramiro Lopez Imitola
Reg. No. 56005-054
FCI Oakdale II
PO Box 5010
Oakdale, LA. 71463

Submited on September 29, 2023

> Granted. Defendant's amended motion for compassionate release shall be filed by November 17, 2023.
> The Clerk is directed to mail a copy of this order to Defendant at: Reg. No. 56005-054, FCI Oakdale II, P.O. Box 5010, Oakdale, LA 71463.
> So ordered.
> 10/17/2023

_____
J. PAUL OETKEN
United States District Judge